UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

COURTNEY DEVON TRAPP,
Institutional ID No. 1813367

              Plaintiff,

v.                                                         No. 1:20-CV-00044-H

RYAN MILLER, et al.,

              Defendant.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation that the remaining claims in this case should proceed and the Court should enter a full scheduling order.[1] No objections were filed. The District Court independently examined the record and reviewed the findings, conclusions, and recommendation for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

As a result, the Court will enter a separate scheduling order, setting forth dates for pretrial deadlines and filing dispositive motions.

So ordered.

Dated January 4, 2024.

                                              JAMES WESLEY HENDRIX
                                              United States District Judge

---

[1] The Magistrate Judge noted that although the defendants have raised the defense of qualified immunity, the parties agreed to defer resolving the qualified-immunity issue until after discovery is completed. *See* Dkt. No. 90 at 5–6.